IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RODNEY LOFTON,

    Plaintiff,

v.                                                                    No.  2:21-cv-587 SMV/KRS

TARGET LOGISTICS MANAGEMENT, LLC, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte*.  This case was removed to this Court on June 25, 2021.  (Doc. 1).  To date, there is no indication on the docket that Defendant Lawson has been served.  Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

**IT IS THEREFORE ORDERED** that on or before **October 13, 2021** Plaintiff shall either effect service on Defendant Lawson or provide the Court with a written explanation showing good cause why service has not been made.  Failure to do so may result in dismissal of this case without prejudice as to Defendant Lawson.

**IT IS SO ORDERED.**

                                                                            _____
                                                                            KEVIN R. SWEAZEA
                                                                            UNITED STATES MAGISTRATE JUDGE